ALFRED HUMPHREYS, Respondent, *v.* THE PRUDENTIAL INSUR-
ANCE COMPANY OF AMERICA, Appellant.

(Argued October 10, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made November 30, 1891, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order deny-
ing a motion for a new trial.

*E. Countryman* for appellant.

*Isaiah Fellows, Jr.,* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

NICHOLAS W. WALSH, as Executor, etc., Respondent, *v.* MARIE
WALDRON et al., Appellants, et al., Respondents.

(Argued October 10, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 18, 1892, which affirmed a judgment entered
upon a decision of the court on trial at Special Term.

*Michael J. Scanlan* for appellants.

*David M. Newberger* and *Ezekiel Fixman* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed. _____